In the Matter of JOHN MULET, Appellant, v RAYMOND KELLY, as Police Commissioner of the City of New York, and as Chairman of the Board of Trustees of the Police Pension Fund, Article II, et al., Respondents. [852 NYS2d 762]—

Credible evidence rebuts the World Trade Center presumption (Administrative Code of City of NY § 13-252.1 [1] [a]), assuming it applies, and supports the Medical Board's determination that petitioner's disability is not traumatic in origin (*see Matter of Borenstein v New York City Employees' Retirement Sys.*, 88 NY2d 756, 760-761 [1996]). We have considered petitioner's other arguments, including those based on the conflicting opinions of his psychiatrist and social worker, and find them unavailing. Concur—Mazzarelli, J.P., Saxe, Friedman and Nardelli, JJ. [*See* 2006 NY Slip Op 30186(U).]